**Birkenstock US Bidco, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 26-cv-04005**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | amazon.com/sp?seller=ANCPSJQSU5P3Q | chongyangxiancangwenbaihuodian93 |
| 2 | amazon.com/sp?seller=AYQ49BPZPSOQA | Cranranshengqi |
| 3 | amazon.com/sp?seller=A2FGNE89Y6JMDX | Customized Gift Shop 2024 |
| 4 | amazon.com/sp?seller=A1DHQG2FFOWBPV | dan248479ying010424xin |
| 5 | amazon.com/sp?seller=A3DNEGGWGKDZOH | derieter |
| 6 | amazon.com/sp?seller=A2RYJ8U19XEUBI | FLOWERGIRR-US |
| 7 | amazon.com/sp?seller=A38AMIHW8RNMQL | NanJingSuYongKeKeJiYouXianGongSi |
| 8 | amazon.com/sp?seller=A30NS5H0FOWKAB | oullis |
| 9 | amazon.com/sp?seller=A3HVWJ0K9E57QA | personalized gifts 2024 |
| 10 | amazon.com/sp?seller=A22S6F4JU3QNV2 | StoreyAutumn |
| 11 | amazon.com/sp?seller=A11N8DSI6Z9BDM | Suizhoushikaiyushangmaoyouxiangongsi |
| 12 | amazon.com/sp?seller=A15L1SEMMZZO6A | WST Shop |
| 13 | amazon.com/sp?seller=A3MUM320HOTSXI | YeHe Store |
| 14 | amazon.com/sp?seller=A12GCV0BU60ISZ | yinjialeshopa |
| 15 | temu.com/mall.html?mall_id=634418228058747 | AllureChic |
| 16 | temu.com/mall.html?mall_id=634418228010803 | BrightlyBox |
| 17 | temu.com/mall.html?mall_id=634418228244930 | Chenchunjinmei |
| 18 | temu.com/mall.html?mall_id=634418228562633 | ClouSole |
| 19 | temu.com/mall.html?mall_id=634418228013962 | DynamicWear |
| 20 | temu.com/mall.html?mall_id=634418225988535 | EclatBeau |
| 21 | temu.com/mall.html?mall_id=634418228056784 | EmberStride |
| 22 | temu.com/mall.html?mall_id=634418228008854 | FitAllWear |
| 23 | temu.com/mall.html?mall_id=634418228556986 | HaloStep |
| 24 | temu.com/mall.html?mall_id=634418228556673 | JettSole |
| 25 | temu.com/mall.html?mall_id=634418227427748 | Kesia |
| 26 | temu.com/mall.html?mall_id=634418226583998 | Ma Tian Footwear |
| 27 | temu.com/mall.html?mall_id=634418227496243 | Msunfeel |
| 28 | temu.com/mall.html?mall_id=634418228009572 | NordicEssy |
| 29 | temu.com/mall.html?mall_id=634418227370626 | Xsunfeel |