# Exhibit 2

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | chongyangxiancangwenbaihuodian93 | Exh. 2 - part 1.pdf | 3 |
| 2 | Cranranshengqi | Exh. 2 - part 1.pdf | 6 |
| 3 | Customized Gift Shop 2024 | Exh. 2 - part 1.pdf | 9 |
| 4 | dan248479ying010424xin | Exh. 2 - part 1.pdf | 12 |
| 5 | derieter | Exh. 2 - part 1.pdf | 15 |
| 6 | FLOWERGIRR-US | Exh. 2 - part 1.pdf | 19 |
| 7 | NanJingSuYongKeKeJiYouXianGongSi | Exh. 2 - part 1.pdf | 24 |
| 8 | oullis | Exh. 2 - part 1.pdf | 27 |
| 9 | personalized gifts 2024 | Exh. 2 - part 1.pdf | 31 |
| 10 | StoreyAutumn | Exh. 2 - part 1.pdf | 34 |
| 11 | Suizhoushikaiyushangmaoyouxiangongsi | Exh. 2 - part 1.pdf | 37 |
| 12 | WST Shop | Exh. 2 - part 1.pdf | 40 |
| 13 | YeHe Store | Exh. 2 - part 1.pdf | 43 |
| 14 | yinjialeshopa | Exh. 2 - part 1.pdf | 46 |
| 15 | AllureChic | Exh. 2 - part 1.pdf | 50 |
| 16 | BrightlyBox | Exh. 2 - part 1.pdf | 53 |
| 17 | Chenchunjinmei | Exh. 2 - part 1.pdf | 56 |
| 18 | ClouSole | Exh. 2 - part 1.pdf | 59 |
| 19 | DynamicWear | Exh. 2 - part 1.pdf | 62 |
| 20 | EclatBeau | Exh. 2 - part 1.pdf | 65 |
| 21 | EmberStride | Exh. 2 - part 1.pdf | 68 |
| 22 | FitAllWear | Exh. 2 - part 1.pdf | 71 |
| 23 | HaloStep | Exh. 2 - part 1.pdf | 74 |
| 24 | JettSole | Exh. 2 - part 1.pdf | 78 |
| 25 | Kesia | Exh. 2 - part 1.pdf | 82 |
| 26 | Ma Tian Footwear | Exh. 2 - part 1.pdf | 85 |
| 27 | Msunfeel | Exh. 2 - part 1.pdf | 88 |
| 28 | NordicEssy | Exh. 2 - part 1.pdf | 91 |
| 29 | Xsunfeel | Exh. 2 - part 1.pdf | 94 |

DEF NO.: 1, STORENAME: chongyangxiancangwenbaihuodian93 
STOREURL: amazon.com/sp?seller=ANCPSJQSU5P3Q

| | |
|---|---|
| 2,600,060 |  |



DEF NO.: 1, STORENAME: chongyangxiancangwenbaihuodian93 
STOREURL: amazon.com/sp?seller=ANCPSJQSU5P3Q



Amazon.com Seller Profile: cho

Gemini

amazon.com/sp?ie=UTF8&seller=ANCPSJQSU5P3Q&asin=B0FS1YQXRC&ref_=dp_merchant_link

chongyangxiancangwenbaihuodian93

Visit the chongyangxiancangwenbaihuodian93 storefront

93% positive lifetime (14 total ratings)

Augenstern Unisex Indoor Slip-O...

$13.44

Add to cart

By Nick David on August 29, 2024.

Previous Next

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

**Business Name:** gaojincheng
**Business Address:**
天城镇迎宾大道一马建材城电商产业园二楼s5051号
咸宁市
崇阳县
湖北省
437599
CN

**Shipping Policies**

**Other Policies**


Order Details
Gemini
amazon.com/your-orders/order-details?orderID=111-0065577-5026668&ref=ppx_yo2ov_dt_b_fed_order_details
amazon prime
Deliver to Chicago 60606
All
Search Amazon
EN
Hello, Cole Account & Lists
Returns & Orders
0 Cart
All
Rufus
Same-Day Delivery
Amazon Haul
Medical Care
Pharmacy
Amazon Basics
Amazon Home
Groceries
Today's Deals
Buy Again
Audible
Pet Supplies
Your Account › Your Orders › Order Details
Order Details
Order placed February 9, 2026 | Order # 111-0065577-5026668
View invoice
Ship to
Dave Lokken
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address
Payment method
VISA Visa ending in 6896
View related transactions
Order Summary
Item(s) Subtotal: $13.44
Shipping & Handling: $8.00
Total before tax: $21.44
Estimated tax to be collected: $1.38
Grand Total: $22.82
Arriving February 23 - March 4
Augenstern Unisex Indoor Slip-On Furry Slipper Snake-Scales-Pattern Womens House Cozy Slippers With Anti-Skid Eva Sole Medium
Sold by: chongyangxiancangwenbaihuodian93
$13.44
Buy it again
Track package
Problem with order
Cancel items
Write a product review
Change Payment Method
Buy it again View All & Manage
Page 1 of 21
Quint's
SHARK FISHING
KrrNEYSG Men's Eyewear
Quint Shark Fishing Retro
GNOCE Peanuts with
1x Wheel Hub Cap 8 Lugs

DEF NO.: 2, STORENAME: Cranranshengqi 
STOREURL: amazon.com/sp?seller=AYQ49BPZPSOQA

| | |
|---|---|
| 2,600,060 |  |



DEF NO.: 2, STORENAME: Cranranshengqi



STOREURL: amazon.com/sp?seller=AYQ49BPZPSOQA

Amazon.com Seller Profile: Crar

Gemini

amazon.com/sp?ie=UTF8&seller=AYQ49BPZPSOQA&asin=B0DJ3BXW4F&ref_=dp_merchant_link

## Cranranshengqi

Visit the Cranranshengqi storefront

★★★☆☆ | 40% positive lifetime (5 total ratings)



**Mosytuky Women'S Fuzzy Slippe...**

$13.99

Add to cart

★★★☆☆ "Nice mat for the price, but it shouldn't be advertised as black. Charcoal or grey is a better fit."

By john salamone on March 26, 2024.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** xiamenshisimingquranranshengqiriyongpindian
**Business Address:**
厦门市思明区
仙阁里1号202室
厦门市
福建
361001
CN

### Shipping Policies

Other Policicc

DEF NO.: 2, STORENAME: Cranranshengqi 

STOREURL: amazon.com/sp?seller=AYQ49BPZPSOQA



DEF NO.: 3, STORENAME: Customized Gift Shop 2024 

STOREURL: amazon.com/sp?seller=A2FGNE89Y6JMDX

| | |
|---|---|
| 2,600,060 |  |



Amazon.com | Custom Soft Slip ✕ Amazon.com Seller Profile: Cust ✕ + Gemini

amazon.com/sp?ie=UTF8&seller=A2FGNE89Y6JMDX&asin=B0FRXYTL97&ref_=dp_merchant_link

# Customized Gift Shop 2024

Visit the Customized Gift Shop 2024 storefront

★★★★☆ | **72% positive** in the last 12 months (81 ratings)




**Custom Soft Slippers,Customize I...**

$9.99

Add to cart

**Protected by A-to-z Guarantee**

delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** putianshibancangmaoyiyouxiangongsi

**Business Address:**

城厢区龙桥街道荔城中大道1771弄
87号2梯702室
莆田市
福建省
351100
CN

## Shipping Policies

## Other Policies

## Help

## Products

Order Details
amazon.com/your-orders/order-details?orderID=113-5047733-6715463&ref=ppx_yo2ov_dt_b_fed_or...

amazon prime | Deliver to Amina Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Same-Day Delivery | Medical Care | Customer Service | Pharmacy | 20:08:52

Your Account › Your Orders › Order Details

# Order Details

Order placed February 18, 2026 | Order # 113-5047733-6715463

View invoice

**Ship to**
Amina Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$18.00** |

## Arriving March 4 - March 13



Custom Soft Slippers,Customize Indoor House Slippers for Bedroom/Travel/Hotel,Style29
Sold by: Customized Gift Shop 2024
$9.99

Track package
Problem with order
Cancel items
Write a product review
Change Payment Method

**Pick up where you left off** Cookie jars
Page 1 of 6

| | |
|---|---|
| 2,600,060 |  |



Amazon.com | Verlag Custom hou
amazon.com/Verlag-Custom-slippers-Slippers-Personalized/dp/B0CTBGLY8N?ref_=v_...
Anti-Skid & Flexible
Anti-skid
Durable
Brand: Verlag
Verlag Custom house slippers Indoor Flat Slippers Personalized Warm Winter Slippers For Men Women
Search this page
$6.99
Price history
FREE Returns
Shopping for work? Save 25% up to $75 on your Amazon Business orders.
Sign up for a free business account.
Color: Black2
Size: Small
Small $6.99
Medium $6.99
Large $6.99
Product details
Top highlights
Sole material Ethylene Vinyl Acetate
About this item
Personalized furry slippers: You can create your very own customized Furry slippers. Please select your size, Click "CUSTOMIZE NOW" button upload your photo or text to complete your furry house slippers. then our designers will do all the hard work.
Custom Slippers Material: This Slippers features with fluffy fur, breathable cotton footbed and soft lining that wraps your feet for extreme warmth and comfort.
Size: M size / US Women6-8.5/US Men6-8, EU36-40;L size / US Women9.5-11.5/Men8-11, EU41-45,Slipper is slightly narrow in width, if you have wide feet, we recommend buying a size up.
Anti Slip Sole: Durable Eva Sole provides anti skid traction. Softer, lighter, more eastic. The water ripple pattern bottom grips to the floor preventing you from slipping and scraping the floor.This Slipper is suitable for indoor wear, such as daily home, hotel, office, to customize a pair of unique slippers for the family.
Customer First:Quality and customer satisfaction are our top priorities. We want to provide you with quality products for a lasting experience. If you have any questions about our products, please feel free to contact
$6.99
$36 delivery April 9 - 20.
Details
Or fastest delivery April 2 - 7.
Details
Deliver to - Chicago 60606
In stock
Usually ships within 4 to 5 days.
Quantity: 6
Add to cart
Buy Now
Shipper / Seller dan248479ying010424xin
Returns FREE 30-day refund/replacement
Customer service Amazon
See more
Save this item
Add to List
Add to Auto Buy

DEF NO.: 4, STORENAME: dan248479ying010424xin 
STOREURL: amazon.com/sp?seller=A1DHQG2FFOWBPV

Amazon.com Seller Profile: dan248

amazon.com/s?me=A1DHQG2FFOWBPV&marketplaceID=ATVPDKIKX0DER

dan248479ying010424xin

Visit the dan248479ying010424xin storefront

Just launched | No feedback yet



Verlag Custom house slippers Ind...

$6.99

Add to cart

Protected by A-to-z Guarantee

**Detailed Seller Information**

**Business Name:** putianshixiuyuqupeiyushangmaodian

**Business Address:**

秀屿区
笏石镇天马街388号后黄小区2号楼501室
莆田市
福建省
351100
CN

**Shipping Policies**

**Other Policies**

**Help**

**Products**

See all products currently offered by the seller.

Leave seller feedback

DEF NO.: 4, STORENAME: dan248479ying010424xin 
STOREURL: amazon.com/sp?seller=A1DHQG2FFOWBPV



DEF NO.: 5, STORENAME: derieter 

STOREURL: amazon.com/sp?seller=A3DNEGGWGKDZOH

| | |
|---|---|
| 2,600,060 |  |




Amazon.com | T TICCI Flexible
Gemini
amazon.com/gp/product/B0FDPX6QCZ/ref=ox_sc_act_title_1?smid=A3DNEGGWGKDZOH&th=1&p...
Action required
prime
Clothing, Shoes & Jewelry › Women › Shoes › Sandals › Slides
Durable EVA
Outsole
Visit the T T
T TICCI
Women
Adjust
Outsol
4.4
-50%
List Price:
prime
FREE Return
Color: Pink
$29.99
$59.99
FREE Delivery
Monday
Search

DEF NO.: 5, STORENAME: derieter

STOREURL: amazon.com/sp?seller=A3DNEGGWGKDZOH



DEF NO.: 5, STORENAME: derieter



STOREURL: amazon.com/sp?seller=A3DNEGGWGKDZOH



| | |
|---|---|
| 2,600,060 |  |


Amazon.com | Women's Suede
www.amazon.com/dp/B0GL2DDRGK?ref_=ppx_hzod_title_dt_b_fed_asin_title_0_0&th=1&psc=1
Sign in
amazon
Deliver to Todd
Chicago 60606
All
Search Amazon
EN
Hello, Arthur
Account & Lists
Returns
& Orders
0
Cart
All
Rufus
Join Prime
3 Hour Delivery
Amazon Haul
Medical Care
Books
Buy Again
Audible
Pet Supplies
Beauty & Personal Care
Amazon Fashion
Women
Men
Kids
Luggage
Sales & Deals
New Arrivals
Amazon Brands
Clothing, Shoes & Jewelry › Women › Shoes › Mules & Clogs
Last purchased Mar 9, 2026
Color: Sand | Size: 5 | View order
PREMIUM QUALITY & COMFORT
Designed for everyday elegance.
CUSHIONED INSOLE
PREMIUM TEXTURE
DURABLE OUTSOLE
Brand: FLOWERGIRR
Women's Suede Clogs Mules with Arch Support - Adjustable Buckle Slip On Cork Footbed Shoes - Soft Sole Closed Toe House Shoes for Indoor Outdoor Walking
Search this page
$49.99
Price history
FREE Returns
Color: Sand
$49.99
$49.99
$49.99
$49.99
Size: 5
5
5.5
6
6.5
7
7.5
8
8.5
9
9.5
10
Product details
$49.99
FREE delivery March 19 - 30.
Details
Deliver to Todd - Chicago 60606
In Stock
Quantity: 5
Add to cart
Buy Now
Shipper / Seller FLOWERGIRR-US
Returns FREE 30-day refund/ replacement
Payment Secure transaction
See more
Add to List
Add to Auto Buy



DEF NO.: 6, STORENAME: FLOWERGIRR-US

STOREURL: amazon.com/sp?seller=A2RYJ8U19XEUBI

Amazon.com Seller Profile: FLO
www.amazon.com/sp?ie=UTF8&seller=A2RYJ8U19XEUBI&asin=B0GL32MJ18&ref_=dp_merchant_link
Sign in

# FLOWERGIRR-US

Visit the FLOWERGIRR-US storefront

★★★★★ | 95% positive lifetime (19 total ratings)



**Women's Suede Clogs Mules with...**

$49.99

Add to cart

**Protected by A-to-z Guarantee**

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshiyidongchenkejiyouxiangongsi
**Business Address:**
龙岗区坂田街道五和社区和磡村
九巷6号203
深圳市
广东
518000
CN

## Shipping Policies

## Other Policies

DEF NO.: 6, STORENAME: FLOWERGIRR-US 
STOREURL: amazon.com/sp?seller=A2RYJ8U19XEUBI




EXPRESS
Return: Merchant
Ship To: Todd Mac
200 W MADISON ST STE 2100
CHICAGO,IL 60606-3521
39831604
P: 3/13/26,
Birkenst
Amazon
FLOWERG
30114023

DEF NO.: 7, STORENAME: NanJingSuYongKeKeJiYouXianGongSi 

STOREURL: amazon.com/sp?seller=A38AMIHW8RNMQL

| | |
|---|---|
| 2,600,060 |  |




Amazon.com Seller Profile: Nan
Gemini
amazon.com/s?me=A38AMIHW8RNMQL&marketplaceID=ATVPDKIKX0DER
NanJingSuYongKeKeJiYouXianGongSi
Visit the NanJingSuYongKeKeJiYouXianGongSi storefront
50% positive lifetime (2 total ratings)
EldalaPhrinx Custom Slippers Per...
$15.99
Add to cart
Subtotal
$15.99
Go to Cart
$15.99
1
Protected by A-to-z Guarantee The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more
Amazon's A-to-z Guarantee
The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.
See full details
Detailed Seller Information
Business Name: NanJingSuYongKeKeJiYouXianGongSi
Business Address:
建邺区华山路111号
邻里中心1层1-15-250776号
南京市
江苏
210019
CN
Shipping Policies
Other Policies
Help

DEF NO.: 7, STORENAME: NanJingSuYongKeKeJiYouXianGongSi 
STOREURL: amazon.com/sp?seller=A38AMIHW8RNMQL


Order Details

amazon.com/your-orders/order-details?orderID=113-2437203-6209058&ref=ppx_yo2ov_...

Deliver to Chicago 60606 | Search Amazon | EN | Hello, Tim Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Books | Buy Again | Amazon Home | Amazon Basics

Your Account › Your Orders › Order Details

# Order Details

Order placed February 18, 2026 | Order # 113-2437203-6209058

View invoice

**Ship to**
Yoshie Bess
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 4686
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $15.99 |
| Shipping & Handling: | $7.98 |
| Total before tax: | $23.97 |
| Estimated tax to be collected: | $1.64 |
| **Grand Total:** | **$25.61** |

**Arriving March 4 - March 13**

EldalaPhrinx Las Vegas Slippers Personalized Staycation Indoor Plush Lightweight Slippers Gitfs for Men Women white
Sold by: NanJingSuYongKeKeJiYouXianGongSi
$15.99

Track package
Cancel items
Write a product review
Change Payment Method

**Buy it again** View All & Manage

Page 1 of 5

DEF NO.: 8, STORENAME: oullis 

STOREURL: amazon.com/sp?seller=A30NS5H0FOWKAB

| | |
|---|---|
| 2,600,060 |  |





DEF NO.: 8, STORENAME: oullis 
STOREURL: amazon.com/sp?seller=A30NS5H0FOWKAB

Amazon.com Seller Profile: oulli ×

www.amazon.com/sp?ie=UTF8&seller=A30NS5H0FOWKAB&asin=B0CKWXLXNW&ref_=dp_merchant_link&

Sign in

OULLIS

## oullis

Visit the oullis storefront

★★★★★ | 100% positive in the last 12 months (24 ratings)



**Dumalum Suede Clogs for Wome...**

$29.99

Add to cart

★★★★★ "Thank you! "

By Christine Harrison on January 27, 2026.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** Huidongxiandalingpulameixiechang
**Business Address:**
大岭沙梨园路90号
惠东县
惠州市
广东
516300
CN

### Shipping Policies

### Other Policies

### Help

### Products

DEF NO.: 8, STORENAME: oullis



STOREURL: amazon.com/sp?seller=A30NS5H0FOWKAB



Order Details

www.amazon.com/your-orders/order-details?orderID=111-9434395-4566663&ref=ppx_yo2ov_dt_b_fed_or

Sign in

amazon Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Arthur Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Books | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Your Account › Your Orders › Order Details

## Order Details

Order placed March 9, 2026 | Order # 111-9434395-4566663

View invoice

**Ship to**

Tom Mac
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States

Change shipping address

**Payment method**

VISA Visa ending in 6896

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $36.98 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$40.05** |

**Arriving Thursday**

Dumalum Clogs for Women Mens Suede Leather Slip on Shoes Cork Footbed Mules Sandals with Arch Support Unisex Slippers Camel

Sold by: oullis

$29.99

Buy it again

Track package

Cancel items

Ask Product Question

Write a product review

Change Payment Method

**Pick up where you left off** See more

Page 1 of 6

DEF NO.: 9, STORENAME: personalized gifts 2024
STOREURL: amazon.com/sp?seller=A3HVWJ0K9E57QA

| | |
|---|---|
| 2,600,060 |  |



DEF NO.: 9, STORENAME: personalized gifts 2024



STOREURL: amazon.com/sp?seller=A3HVWJ0K9E57QA

Amazon.com | Custom Slippers × Amazon.com Seller Profile: pers ×

Gemini

amazon.com/sp?ie=UTF8&seller=A3HVWJ0K9E57QA&asin=B0FRG3NNJ1&ref_=dp_merchant_link

# personalized gifts 2024

Visit the personalized gifts 2024 storefront

★★★★☆ | **77% positive** in the last 12 months (31 ratings)



**Custom Slippers for Women Men ...**

$14.99

Add to cart

**Protected by A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** quanzhouchuangcaimaoyiyouxiangongsi

**Business Address:**

洛江区阳新街23号阳新花园城
1幢1614室
泉州市
福建省
362012
CN

## Shipping Policies

## Other Policies

## Help

Order Details ×

amazon.com/your-orders/order-details?orderID=113-8231933-7772215&ref=ppx_yo2ov_dt_b_fed_or...

amazon prime | Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Same-Day Delivery | Medical Care | Customer Service | Pharmacy | Buy Again | Keep Shopping For | Amazon Basics

Your Account › Your Orders › Order Details

# Order Details

Order placed February 17, 2026 | Order # 113-8231933-7772215

View invoice

**Ship to**
Allen Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $1.54 |
| **Grand Total:** | **$16.53** |

**Arriving March 5 - March 19**



Custom Slippers for Women Men Cotton Shoes Customized Photo Text Keep Warm Slipper House Family Footwear Gifts Black Slippers
Sold by: personalized gifts 2024
$14.99

Track package
Problem with order
Cancel items
Write a product review
Change Payment Method

**Pick up where you left off** Cookie jars

Page 1 of 6

| | |
|---|---|
| 2,600,060 |  |


Amazon.com: Custom Unisex F
Gemini
amazon.com/Custom-Unisex-Slippers-Personalized-Comfort/dp/B0CRRVHT9T?ref_=v_sp_product_dp...
Clothing, Shoes & Jewelry › Women › Shoes › Slippers
ADD YOUR DESIGN HERE
TEXT-PHOTO IMAGE-LOGO
Ask Rufus
Can these slippers be worn outside?
Are they machine washable?
Do they come in different colors?
Why you might like this
Compare with similar
Ask something else
Brand: EastSail
Custom Unisex Furry Slippers Personalized with Your Photo and Name, Design House Shoes for Warmth Closed Toe Slippers
4.7 (4) | Search this page
$7.56
Price history
Size: Large Women/Medium...
Large Women/M... $7.56
Medium $7.56
6-8.5 Women/6-8 Men is your recommended size based on millions of customer orders and reviews.
Customizations: 1 image, 2 text inputs
Product details
Origin Imported
Sole material Ethylene Vinyl Acetate
Outer material Cotton
Closure type Pull-On
$7.56
$9.99 delivery March 6 - 19. Details
Deliver to Allen - Chicago 60606
In stock
Usually ships within 3 to 4 days.
This product needs to be customized before adding to cart.
Customize now
By clicking "Customize now", you agree to these Terms and Conditions.
Shipper / Seller StoreyAutumn
Returns This item is non-returnable
Customer service StoreyAutumn
See more
Save this item
Add to List

Amazon.com: Custom Unisex Fu × | Amazon.com Seller Profile: Stor × | +

amazon.com/sp?ie=UTF8&seller=A22S6F4JU3QNV2&asin=B0CRRVHT9T&ref_=dp_merchant_link

# StoreyAutumn

Visit the StoreyAutumn storefront

★★★★☆ | **92% positive** lifetime (12 total ratings)




**EastSail Custom Unisex Furry Sli...**

$7.56

Add to cart

**Protected by A-to-z Guarantee**

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Putianshicenglouqiumaoyiyouxiangongsi
**Business Address:**
湄洲湾北岸经济开发区经济城
经济城948(2)号
莆田
福建
351152
CN

## Shipping Policies

## Other Policies

## Help

Order Details

amazon.com/your-orders/order-details?orderID=113-9299841-5836262&ref=ppx_yo2ov_dt_b_fed_or...

amazon prime | Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Same-Day Delivery | Medical Care | Customer Service | Pharmacy | Buy Again | Keep Shopping For | Amazon Basics

Your Account › Your Orders › Order Details

# Order Details

Order placed February 17, 2026 | Order # 113-9299841-5836262

View invoice

**Ship to**
Allena Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.56 |
| Shipping & Handling: | $9.99 |
| Total before tax: | $17.55 |
| Estimated tax to be collected: | $0.77 |
| **Grand Total:** | **$18.32** |

**Arriving March 6 - March 19**



Custom Unisex Furry Slippers Personalized with Your Photo and Name, Design House Shoes for Warmth and Style Comfy Closed Toe Slippers Ideal for Winter Home Comfort and Casual Wear Large
Sold by: StoreyAutumn
$7.56

Track package
Problem with order
Cancel items
Write a product review
Change Payment Method

**Pick up where you left off** Cookie jars

Page 1 of 6

DEF NO.: 11, STORENAME: Suizhoushikaiyushangmaoyouxiangongsi 
STOREURL: amazon.com/sp?seller=A11N8DSI6Z9BDM

| | |
|---|---|
| 2,600,060 |  |



DEF NO.: 11, STORENAME: Suizhoushikaiyushangmaoyouxiangongsi 
STOREURL: amazon.com/sp?seller=A11N8DSI6Z9BDM



Amazon.com | WKDJEIFUI I'M n
Amazon.com Seller Profile: Suiz
Ask Gemini
amazon.com/sp?ie=UTF8&seller=A11N8DSI6Z9BDM&asin=B0G561K2NQ&ref_=dp_merchant_link

# Suizhoushikaiyushangmaoyouxiangongsi

Visit the Suizhoushikaiyushangmaoyouxiangongsi storefront

Just launched | No feedback yet

**WKDJEIFUI Cute Funny House Sli...**

$12.99

Add to cart

**Protected by A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Suizhoushikaiyushangmaoyouxiangongsi
**Business Address:**
曾都区何店镇汪谌村
三组155号
随州市
湖北省
441399
CN

## Shipping Policies

## Other Policies

## Help

javascript:void(0)

Order Details

amazon.com/your-orders/order-details?orderID=113-1334548-2297017&ref=ppx_yo2ov_dt_b_fed_...

Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0

All | Rufus | Big Spring Sale | Same-Day Delivery | Medical Care | Keep Shopping For | Customer Service | Pharmacy | Buy Again

Your Account › Your Orders › Order Details

# Order Details

Order placed March 30, 2026 | Order # 113-1334548-2297017

View invoice

**Ship to**
Theda Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $12.99 |
| Shipping & Handling: | $5.52 |
| Total before tax: | $18.51 |
| Estimated tax to be collected: | $1.33 |
| **Grand Total:** | **$19.84** |

**Arriving April 14 - April 23**



WKDJEIFUI I'M not old i'M vintage Plush Slippers Anti-slip Footwear Cotton House Shoes for Men Indoor Outdoor
Sold by: Suizhoushikaiyushangmaoyouxiangongsi
$12.99
Buy it again

Track package
Cancel items
Write a product review
Change Payment Method

**Buy it again** View All & Manage

Page 1 of 25

| | |
|---|---|
| 2,600,060 |  |


Amazon.com | Slippers for Gue
Gemini
amazon.com/gp/product/B0FTWZ3PPK/ref=ox_sc_act_title_1?smid=A15L1SEMMZZO6A&th=1
Deliver to Chicago 60606
Search Amazon
Hello, Cole Account & Lists
Returns & Orders
Cart
All Rufus Same-Day Delivery Amazon Haul Medical Care Pharmacy Amazon Basics Amazon Home Groceries Today's Deals Buy Again
Tonight: Barrios vs Garcia on DAZN
Amazon Fashion Women Men Kids Luggage Sales & Deals New Arrivals Amazon Brands
Your softest step yet — where cozy meets cute.
isotoner Women's Slippers
$24.95 $30.00 prime
Shop now
Sponsored
Clothing, Shoes & Jewelry › Women › Shoes › Slippers
Brand: Generic
Slippers for Guests, 11.2 inch,Disposable & Reusable Non-Slip Hotel Slippers with Storage Bag, Soft Cotton Guest Slippers for Women & Men,Non-Slip for Home, Gym,Party
4.0 (11) | Search this page
$14.99
Price history
prime
FREE Returns
Color: Blue
$14.99 FREE Delivery Wednesday
$14.99 FREE Delivery Wednesday
1 option from $14.99
6-8.5 Women/6-8 Men is your recommended size based on millions of customer orders and reviews.
Size Chart
Product details
Sole material Ethylene Vinyl Acetate
$14.99
prime
FREE delivery Wednesday, February 25. Order within 5 hrs 28 mins
Deliver to - Chicago 60606
In Stock
Quantity: 1
Add to cart
Buy Now
Ships from Amazon
Sold by WST Shop
Returns FREE 30-day refund/replacement
Gift options Available at checkout
See more
Add to List
Ask Rufus
Are these slippers machine washable?
Do they come in a storage bag?
Can they be worn on carpet?
Why you might like this
Compare with similar

DEF NO.: 12, STORENAME: WST Shop 

STOREURL: amazon.com/sp?seller=A15L1SEMMZZO6A



DEF NO.: 12, STORENAME: WST Shop 

STOREURL: amazon.com/sp?seller=A15L1SEMMZZO6A



DEF NO.: 13, STORENAME: YeHe Store



STOREURL: amazon.com/sp?seller=A3MUM320HOTSXI

| | |
|---|---|
| 2,600,060 |  |



DEF NO.: 13, STORENAME: YeHe Store 

STOREURL: amazon.com/sp?seller=A3MUM320HOTSXI

Amazon.com Seller Profile: YeH ✕ +

Gemini

amazon.com/sp?ie=UTF8&seller=A3MUM320HOTSXI&asin=B0DK4KJ1XV&ref_=dp_merchant_link

# YeHe Store

Visit the YeHe Store storefront

★★★☆☆ | **53% positive** in the last 12 months (17 ratings)



**Custom Furry Slippers,Football S...**

$9.99

Add to cart

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** GaoMiShiYeHeBaiHuoShangHang(GeRenDuZi)

**Business Address:**

高密市密水街道顺河路
碾头小区B25号
潍坊市
山东省
261599
CN

## Shipping Policies

## Other Policies

DEF NO.: 13, STORENAME: YeHe Store 

STOREURL: amazon.com/sp?seller=A3MUM320HOTSXI



DEF NO.: 14, STORENAME: yinjialeshopa 
STOREURL: amazon.com/sp?seller=A12GCV0BU60ISZ

| | |
|---|---|
| 2,600,060 |  |



DEF NO.: 14, STORENAME: yinjialeshopa

STOREURL: amazon.com/sp?seller=A12GCV0BU60ISZ



DEF NO.: 14, STORENAME: yinjialeshopa 

STOREURL: amazon.com/sp?seller=A12GCV0BU60ISZ

Amazon.com Seller Profile: yinjiale

amazon.com/s?me=A12GCV0BU60ISZ&marketplaceID=ATVPDKIKX0DER

## yinjialeshopa

Visit the yinjialeshopa storefront

56% positive lifetime (16 total ratings)



DWWKWJ No More Stolen Sisters...

$13.68

Add to cart

Protected by A-to-z Guarantee

### Detailed Seller Information

**Business Name:** guangzhouyanjiayinshangmaoyouxiangongsi

**Business Address:**

宝塔区凤凰山街道凤凰山街道西沟大桥博雅小区
5号楼701
延安市
陕西
716000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

DEF NO.: 14, STORENAME: yinjialeshopa

STOREURL: amazon.com/sp?seller=A12GCV0BU60ISZ

Order Details

amazon.com/your-orders/order-details?orderID=114-2678896-1082648&ref=ppx_yo...

Deliver to Chicago 60606 | All | Search Amazon | EN | Hello, Erik Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Same-Day Delivery | Amazon Haul | Medical Care | Keep Shopping For | Customer Service | Amazon Basics | Pharmacy | Amazon Business | Books | Smart Home

Your Account › Your Orders › Order Details

# Order Details

Order placed February 4, 2026 | Order # 114-2678896-1082648

View invoice

**Ship to**
Dee Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States
Change shipping address

**Payment method**
VISA Visa ending in 6165
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.68 |
| Shipping & Handling: | $8.39 |
| Total before tax: | $22.07 |
| Estimated tax to be collected: | $1.40 |
| **Grand Total:** | **$23.47** |

**Arriving February 23 - March 4**



DWWKWJ No More Stolen Sisters Missing Murdered Indigenous Slippers Man'S Indoor Shoes Unisex Cozy Bedroom Shoes
Sold by: yinjialeshopa
$13.68

Track package
Cancel items
Write a product review
Change Payment Method

**Buy it again** View All & Manage

Page 1 of 25

DEF NO.: 15, STORENAME: AllureChic 

STOREURL: temu.com/mall.html?mall_id=634418228058747

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 15, STORENAME: AllureChic 
STOREURL: temu.com/mall.html?mall_id=634418228058747



Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15302239201913542&_x_sessn_id=qr7af706oz&refer_page_name=bgt_order_detail&refer_p...

Your reviews
Your profile
Coupons & offers
Credit balance
Wishlist
Followed stores
Browsing history
Addresses
Country/Region & Language
Your payment methods
Account security
Permissions
Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15302239201913542 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | $25.75 |
| Shipping: | $2.99 |
| Sales tax: | $2.64 |
| Credit: | -$18.98 |
| Order total: | **$12.40** |

**Shipping address**

**Titus Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States**

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6896 $12.40
Paid on Mar 9, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

You have applied $18.98 Credit on this order

**Item details (1)**



Women's Sandals New Fashion Trendy Breathabl... $25.75
G-Y12-sand / Label size: CN 37(US 6) ×1

By AllureChic

DEF NO.: 16, STORENAME: BrightlyBox 

STOREURL: temu.com/mall.html?mall_id=634418228010803

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 16, STORENAME: BrightlyBox

STOREURL: temu.com/mall.html?mall_id=634418228010803



Receipt

www.temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15705797468791075&_x_sessn_id=9h0m

Sign in

- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15705797468791075 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | ~~$28.56~~ |
| Item(s) discount: | -$2.79 |
| Subtotal: | $25.77 |
| Shipping: | $2.99 |
| Sales tax: | $2.64 |
| **Order total:** | **$31.40** |

**Shipping address**

Val Lanning +1 (312)600-6843 , 200 W Madison St Ste 2100, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...4686 $31.40
Paid on Mar 9, 2026

Billing address: Jimmy Lanning +1 (312)600-6843, 200 W Madison St Ste 2100, CHICAGO, IL 60606-3521, United States

**Item details (1)**



Women's Sandals New Fashion Trendy Breathabl... $25.77
Label size: CN 37(US 6) / G-Y12-Camel ×1

By BrightlyBox

DEF NO.: 17, STORENAME: Chenchunjinmei 

STOREURL: temu.com/mall.html?mall_id=634418228244930

| | |
|---|---|
| 2,590,411 | BIRK |



DEF NO.: 17, STORENAME: Chenchunjinmei

STOREURL: temu.com/mall.html?mall_id=634418228244930



Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15302264044153542&_x_sessn_id=rou85icldj&refer_page_name=bgt_order_detail&refer_pa...

Browse with AI

- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Wishlist
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-15302264044153542 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | $29.18 |
| Shipping: | $2.99 |
| Sales tax: | $2.99 |
| Order total: | **$35.16** |

### Shipping address

**Toya Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States**

### Payment method

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6896 $35.16
Paid on Mar 9, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

### Item details (1)



Women Majestic Style Birk Clogs Gray Platform ... $29.18
Dark Gray / Label size: CN 35(US 5.5) ×1

By Chenchunjinmei

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 18, STORENAME: ClouSole



STOREURL: temu.com/mall.html?mall_id=634418228562633



DEF NO.: 18, STORENAME: ClouSole



STOREURL: temu.com/mall.html?mall_id=634418228562633

Receipt

www.temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15705684705911075&_x_sessn_id=9h0m

Sign in

- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15705684705911075 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | ~~$37.88~~ |
| Item(s) discount: | -$12.98 |
| Subtotal: | $24.90 |
| Shipping: | $2.99 |
| Sales tax: | $2.55 |
| **Order total:** | **$30.44** |

**Shipping address**

Thurman Lanning +1 (312)600-6843 , 200 W Madison St Ste 2100, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...4686 $30.44

Paid on Mar 9, 2026

Billing address: Jimmy Lanning +1 (312)600-6843, 200 W Madison St Ste 2100, CHICAGO, IL 60606-3521, United States

**Item details (1)**



Women'S Sandals | Trendy Breathable Slippers ... $24.90

G-Y12-Camel / Label size: CN 35(US 5) ×1

By ClouSole

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 19, STORENAME: DynamicWear 

STOREURL: temu.com/mall.html?mall_id=634418228013962



DEF NO.: 19, STORENAME: DynamicWear



STOREURL: temu.com/mall.html?mall_id=634418228013962

Receipt

Browse with AI

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15302285476473542&_x_sessn_id=qr7af706oz&refer_page_name=bgt_order_detail&refer_p...

Free shipping > Excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu Join Now >

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | berkin sandals | Orders & Account | Support | English

- Credit balance
- Wishlist
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

## Order summary

| | |
|---|---|
| Order ID: | PO-211-15302285476473542 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | ~~$28.56~~ |
| Item(s) discount: | -$2.81 |
| Subtotal: | $25.75 |
| Shipping: | $2.99 |
| Sales tax: | $2.64 |
| **Order total:** | **$31.38** |

## Shipping address

**Tanya Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States**

## Payment method

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6896 — $31.38

Paid on Mar 9, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

## Item details (1)



Women'S Trendy Breathable Slippers | Comforta... — $25.75

G-Y12-sand / Label size: CN 41(US 8.5) — ×1

By DynamicWear

DEF NO.: 20, STORENAME: EclatBeau



STOREURL: temu.com/mall.html?mall_id=634418225988535

| | |
|---|---|
| 2,590,411 | BIRK |



DEF NO.: 20, STORENAME: EclatBeau



STOREURL: temu.com/mall.html?mall_id=634418225988535



DEF NO.: 20, STORENAME: EclatBeau 

STOREURL: temu.com/mall.html?mall_id=634418225988535

Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15302272676473542&_x_sessn_id=rou85icldj&refer_page_name=bgt_order_detail&refer_pa...

Browse with AI

- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Wishlist
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15302272676473542 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | $23.13 |
| Shipping: | $2.99 |
| Sales tax: | $2.37 |
| Order total: | **$28.49** |

**Shipping address**

Tony Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6896 $28.49

Paid on Mar 9, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

**Item details (1)**



Women'S Retro Strappy Birk Sandals with Conce... $23.13

Label size: CN 38(US 7) / Black ×1

By EclatBeau

DEF NO.: 21, STORENAME: EmberStride 

STOREURL: temu.com/mall.html?mall_id=634418228056784

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 21, STORENAME: EmberStride 
STOREURL: temu.com/mall.html?mall_id=634418228056784



DEF NO.: 21, STORENAME: EmberStride 
STOREURL: temu.com/mall.html?mall_id=634418228056784

Receipt

www.temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15705797970551075&_x_sessn_id=9h0m

Sign in

- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15705797970551075 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | ~~$28.56~~ |
| Item(s) discount: | -$4.26 |
| Subtotal: | $24.30 |
| Shipping: | $2.99 |
| Sales tax: | $2.49 |
| **Order total:** | **$29.78** |

**Shipping address**

Tim Lanning +1 (312)600-6843 , 200 W Madison St Ste 2100, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...4686 $29.78
Paid on Mar 9, 2026

Billing address: Jimmy Lanning +1 (312)600-6843, 200 W Madison St Ste 2100, CHICAGO, IL 60606-3521, United States

**Item details (1)**



Women'S Sandals | New Fashion Trendy Breatha... $24.30
G-Y12-Camel / Label size: CN 35(US 5) ×1

By EmberStride

DEF NO.: 22, STORENAME: FitAllWear 

STOREURL: temu.com/mall.html?mall_id=634418228008854

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 22, STORENAME: FitAllWear 72
STOREURL: temu.com/mall.html?mall_id=634418228008854



DEF NO.: 22, STORENAME: FitAllWear 73
STOREURL: temu.com/mall.html?mall_id=634418228008854

Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15302253077113542&_x_sessn_id=qr7af706oz&refer_page_name=bgt_order_detail&refer_p...

Free shipping > Excludes local items | Free returns Up to 90 days* | Get the Temu App | Sell on Temu Join Now >

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | sandals for women clearance sale | Orders & Account | Support | English

- Credit balance
- Wishlist
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15302253077113542 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | ~~$28.56~~ |
| Item(s) discount: | -$2.99 |
| Subtotal: | $25.57 |
| Shipping: | $2.99 |
| Sales tax: | $2.62 |
| Credit: | -$31.18 |
| Order total: | **$0.00** |

**Shipping address**

Tipper Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

You have applied $31.18 Credit on this order

**Item details (1)**



Women's Sandals New Fashion Trendy Breathabl... $25.57

G-Y12-sand / Label size: CN 39(US 7.5) ×1

By FitAllWear

DEF NO.: 23, STORENAME: HaloStep
STOREURL: temu.com/mall.html?mall_id=634418228556986

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 23, STORENAME: HaloStep 
STOREURL: temu.com/mall.html?mall_id=634418228556986



DEF NO.: 23, STORENAME: HaloStep

STOREURL: temu.com/mall.html?mall_id=634418228556986



DEF NO.: 23, STORENAME: HaloStep 77
STOREURL: temu.com/mall.html?mall_id=634418228556986

Receipt

www.temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15705691925111075&_x_sessn_id=9h0m

Sign in

- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15705691925111075 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | ~~$36.99~~ |
| Item(s) discount: | -$11.10 |
| Subtotal: | $25.89 |
| Shipping: | $2.99 |
| Sales tax: | $2.65 |
| **Order total:** | **$31.53** |

**Shipping address**

Timmy Lanning +1 (312)600-6843 , 200 W Madison St Ste 2100, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...4686 $31.53
Paid on Mar 9, 2026

Billing address: Jimmy Lanning +1 (312)600-6843, 200 W Madison St Ste 2100, CHICAGO, IL 60606-3521, United States

**Item details (1)**



Women's Sandals New Fashion Trendy Breathabl... $25.89
Label size: CN 35(US 5) / G-Y12-Maroon ×1

By HaloStep

DEF NO.: 24, STORENAME: JettSole 

STOREURL: temu.com/mall.html?mall_id=634418228556673

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 24, STORENAME: JettSole 79
STOREURL: temu.com/mall.html?mall_id=634418228556673



DEF NO.: 24, STORENAME: JettSole



STOREURL: temu.com/mall.html?mall_id=634418228556673



Receipt

www.temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15705779077751075&_x_sessn_id=9h0m

Sign in

- Your orders
- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

## Receipt

Print receipt

All data is safeguarded >

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-15705779077751075 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | $25.89 |
| Shipping: | $2.99 |
| Sales tax: | $2.65 |
| **Order total:** | **$31.53** |

### Shipping address

Timothy Lanning +1 (312)600-6843 , 200 W Madison St Ste 2100, CHICAGO, IL 60606, United States

### Payment method

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...4686 $31.53
Paid on Mar 9, 2026

Billing address: Jimmy Lanning +1 (312)600-6843, 200 W Madison St Ste 2100, CHICAGO, IL 60606-3521, United States

### Item details (1)



Women'S Sandals | Trendy Breathable Slippers ... $25.89
G-Y12-Camel / Label size: CN 35(US 5) ×1

By JettSole

DEF NO.: 25, STORENAME: Kesia 
STOREURL: temu.com/mall.html?mall_id=634418227427748

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 25, STORENAME: Kesia



STOREURL: temu.com/mall.html?mall_id=634418227427748



Receipt

www.temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15705747374711075&_x_sessn_id=9h0m

Sign in

- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15705747374711075 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | ~~$28.56~~ |
| Item(s) discount: | -$2.78 |
| Subtotal: | $25.78 |
| Shipping: | $2.99 |
| Sales tax: | $2.64 |
| **Order total:** | **$31.41** |

**Shipping address**

Tobias Lanning +1 (312)600-6843 , 200 W Madison St Ste 2100, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...4686 $31.41
Paid on Mar 9, 2026

Billing address: Jimmy Lanning +1 (312)600-6843, 200 W Madison St Ste 2100, CHICAGO, IL 60606-3521, United States

**Item details (1)**



Women's Sandals New Fashion Trendy Breathabl... $25.78
G-Y12-sand / Label size: CN 35(US 5) ×1

By Kesia

DEF NO.: 26, STORENAME: Ma Tian Footwear 

STOREURL: temu.com/mall.html?mall_id=634418226583998

| | |
|---|---|
| 2,590,411 | BIRK |



DEF NO.: 26, STORENAME: Ma Tian Footwear 86
STOREURL: temu.com/mall.html?mall_id=634418226583998



Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15302308127353542&_x_sessn_id=rou85icldj&refer_page_name=bgt_order_detail&refer_pa...

Your profile
Coupons & offers
Credit balance
Wishlist
Followed stores
Browsing history
Addresses
Country/Region & Language
Your payment methods
Account security
Permissions
Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15302308127353542 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | ~~$50.15~~ |
| Item(s) discount: | -$18.43 |
| Subtotal: | $31.72 |
| Shipping: | FREE |
| Sales tax: | $3.25 |
| Order total: | **$34.97** |

**Shipping address**

Toto Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6896 $34.97
Paid on Mar 9, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

**Item details (1)**



Women's Shoes, Platform Tall Pebble Sole, Sprin... $31.72
Label size: CN 40(US 8.5) / Coffee Brown ×1

By Ma Tian Footwear

STOREURL: temu.com/mall.html?mall_id=634418227496243

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 27, STORENAME: Msunfeel 

STOREURL: temu.com/mall.html?mall_id=634418227496243



Receipt

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15302295542393542&_x_sessn_id=qr7af706oz&refer_page_name=bgt_order_detail&refer_p...

Free shipping
Excludes local items

Delivery guarantee
Refund for any issues

Get the Temu App

Sell on Temu Join Now

Best-Selling Items | 5-Star Rated | Local Warehouse | Categories | men slippers | Orders & Account | Support | English

- Coupons & offers
- Credit balance
- Wishlist
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-15302295542393542 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | $25.57 |
| Shipping: | $2.99 |
| Sales tax: | $2.62 |
| **Order total:** | **$31.18** |

### Shipping address

**Tino Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States**

### Payment method

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6896 $31.18
Paid on Mar 9, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

### Item details (1)



Women's Sandals New Fashion Trendy Breathabl... $25.57
G-Y12-sand / Label size: CN 36(US 5.5) ×1

By Msunfeel

DEF NO.: 28, STORENAME: NordicEssy 

STOREURL: temu.com/mall.html?mall_id=634418228009572

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 28, STORENAME: NordicEssy



STOREURL: temu.com/mall.html?mall_id=634418228009572



DEF NO.: 28, STORENAME: NordicEssy



STOREURL: temu.com/mall.html?mall_id=634418228009572

Receipt

Browse with AI

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-15302177608313542&_x_sessn_id=qr7af706oz&refer_page_name=bgt_order_detail&refer_p...

- Your profile
- Coupons & offers
- Credit balance
- Wishlist
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-15302177608313542 |
| Order time: | Mar 9, 2026 |
| Item(s) total: | $28.40 |
| Shipping: | $2.99 |
| Sales tax: | $2.91 |
| Order total: | **$34.30** |

**Shipping address**

**Tito Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States**

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6896 $34.30

Paid on Mar 9, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

**Item details (1)**



Women's Sandals New Fashion Trendy Breathabl... $28.40

G-Y12-sand / Label size: CN 35(US 5) ×1

By NordicEssy

DEF NO.: 29, STORENAME: Xsunfeel



STOREURL: temu.com/mall.html?mall_id=634418227370626

| | |
|---|---|
| 4,975,295 1,037,893 3,105,607 | BIRKENSTOCK |
| 2,590,411 | BIRK |



DEF NO.: 29, STORENAME: Xsunfeel



STOREURL: temu.com/mall.html?mall_id=634418227370626



DEF NO.: 29, STORENAME: Xsunfeel 

STOREURL: temu.com/mall.html?mall_id=634418227370626

Receipt ×   +   Ask Gemini

temu.com/bgt_order_receipt.html?parent_order_sn=PO-211-09925803940473716&_x_sessn_i...

Home › Your orders › Order details › Receipt

- Your orders
- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

## Receipt

Print receipt

All data is safeguarded >

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-09925803940473716 |
| Order time: | Mar 10, 2026 |
| Item(s) total: | ~~$37.88~~ |
| Item(s) discount: | -$15.41 |
| Subtotal: | $22.47 |
| Shipping: | $2.99 |
| Sales tax: | $2.30 |
| Order total: | **$27.76** |

**Shipping address**

Celsa Mann +1 (740)297-0780 , 200 W Madison St, STE 2100 A73, CHICAGO, IL 60606, United States

**Payment method**

Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA Visa ...6165 $27.76

Paid on Mar 10, 2026

Billing address: Greer Burns Crain LTD +1 (740)297-0780, 200 W MADISON ST STE 2100, CHICAGO, IL 60606, United States

**Item details (1)**



Women's Sandals New Fashion Trendy Breathabl... $22.47

G-Y12-chocolate / Label size: CN 37(US 6) ×1

By Xsunfeel